# Exhibit 4

| US11322171B1 | Winmate M101M8-LA ("The accused product") |
|---|---|
| 1. A method for processing signals, comprising: | The accused product practices a method for processing signals (e.g., video signals).<br><br><br><br>https://www.winmate-rugged.com/en-US/Product/M101M8-LA |

## CPU Designed for Tablets

M101M8-4E is offered with ARM A53 Octa-Core to provide high performance and low power consumption, providing extended battery life. It supports with Android 7.0 operating system to fulfill the increasing requirements in industrial applications and provides an alternative solution for those between general consumer and extremely rugged application.

https://www.winmate-rugged.com/en-US/Product/M101M8-LA

### System Specification

| | |
|---|---|
| Processor | ARM A53 (Octa-Core 1.3 GHz) |
| Memory | 2GB |
| Storage | 16GB |
| Operating System | Android 7.0 |

https://www.winmate-rugged.com/en-US/Product/M101M8-LA



## Real-time Data Connectivity

Real-time data access to the right information is very important to mobile users. M101M8-4E offers optional 4G/LTE, GPS, WiFi 802.11 a/b/g/n/ac, BT 4.1 which enable users to get connect in the way that best suits their needs. With built-in 8.0 Mega Pixel camera on the rear side, users can capture photos, videos, documents instantly, or utilize the front 2.0 Mega Pixel camera for application such as user self video recording, or video communication.

https://www.winmate-rugged.com/en-US/Product/M101M8-LA

| Camera | |
| --- | --- |
| Front Camera | 2MP Camera |
| Rear Camera | 8MP Camera with LED Auxiliary Light (Auto Focus) |
| Mechanical | |

https://www.winmate-rugged.com/en-US/Product/M101M8-LA



https://source.android.com/docs/compatibility/7.0/android-7.0-cdd#5_2_2_h-264

| | |
|---|---|
| | <br><br>https://developer.android.com/media/platform/supported-formats |
| (a) receiving data representing a time slice of a stream of time-sequential information for each of a plurality of streams of time-sequential information; | The accused product practices receiving data representing a time slice of a stream of time-sequential information (e.g., stream of captured video, etc.) for each of a plurality of streams of time-sequential information (e.g., stream of captured video, etc.).<br><br>The accused product receives captured video comprising time-sequential frames. It receives raw information of each sequential frame of the video. |

| | |
|---|---|
| | ## CPU Designed for Tablets<br><br>M101M8-4E is offered with ARM A53 Octa-Core to provide high performance and low power consumption, providing extended battery life. It supports with Android 7.0 operating system to fulfill the increasing requirements in industrial applications and provides an alternative solution for those between general consumer and extremely rugged application.<br><br>https://www.winmate-rugged.com/en-US/Product/M101M8-LA<br><br>## Real-time Data Connectivity<br><br>Real-time data access to the right information is very important to mobile users. M101M8-4E offers optional 4G/LTE, GPS, WiFi 802.11 a/b/g/n/ac, BT 4.1 which enable users to get connect in the way that best suits their needs. With built-in 8.0 Mega Pixel camera on the rear side, users can capture photos, videos, documents instantly, or utilize the front 2.0 Mega Pixel camera for application such as user self video recording, or video communication.<br><br>https://www.winmate-rugged.com/en-US/Product/M101M8-LA |



https://www.winmate-rugged.com/en-US/Product/M101M8-LA



Android device implementations with H.264 codec support:

- MUST support Baseline Profile Level 3.
  However, support for ASO (Arbitrary Slice Ordering), FMO (Flexible Macroblock Ordering) and RS (Redundant Slices) is OPTIONAL. Moreover, to maintain compatibility with other Android devices, it is RECOMMENDED that ASO, FMO and RS are not used for Baseline Profile by encoders.

- MUST support the SD (Standard Definition) video encoding profiles in the following table.

- SHOULD support Main Profile Level 4.

- SHOULD support the HD (High Definition) video encoding profiles as indicated in the following table.

- In addition, Android Television devices are STRONGLY RECOMMENDED to encode HD 1080p video at 30 fps.

https://source.android.com/docs/compatibility/7.0/android-7.0-cdd#5_2_2_h-264



https://developer.android.com/media/platform/supported-formats

A **video** can refer to any of the following:

1. In general, a **video** or **video clip** is multiple electronic signals used to generate a steady source of still images, which simulate movement. Videos can use graphics, pictures, or text for entertainment, education, or other purposes. Today, many web pages have downloadable or streaming video visitors can watch on their computer. Below is an example of a YouTube video.
https://www.computerhope.com/jargon/v/video.htm

The question looks innocent enough. A video is a sequence of images (called frames) captured and eventually displayed at a given frequency. However, by stopping at a specific frame of the sequence, a single video frame, i.e. an image, is obtained.

If we talk of a sequence of video frames, that would always be true. It would also be true if an image compression algorithm (an "intra-frame" coding system) is applied to each individual frame. Such coding system may not give an exciting compression ratio, but can serve very well the needs of some applications, for instance those requiring the ability to decode an image using just one compressed image. This is the case of Motion JPEG (now largely forgotten) and Motion JPEG 2000 (used for movie distribution and other applications) or some profiles of MPEG video coding standards used for studio or contribution applications.

https://blog.chiariglione.org/what-is-the-difference-between-an-image-and-a-video-frame/

## Frame Rates

*Frame rate* refers to the number of individual images (frames) displayed each second in a video, film or live image stream. This is referred to as *frames per second*, abbreviated to *fps*. You may also see other abbreviations, including:

**p**  Progressive frames, e.g. 24p

**i**  Interlaced frames, e.g. 50i

https://www.mediacollege.com/video/frame-rate/

<table>
<tr><td></td><td>

Motion is created by displaying a series of still images quickly in succession. At lower frame rates (first example below) there are fewer images per second which means a bigger jump between images. This tends to result in a noticeable "choppy" movement. To some extend this can be overcome with motion blur.





https://www.mediacollege.com/video/frame-rate/

</td></tr>
<tr><td>

(b) automatically performing at least one transform process on the received time slice of the stream of time-sequential information for each of the plurality of streams of time-sequential information, to

</td><td>

The accused product practices automatically performing at least one transform (e.g., a transform function such as DCT transform, etc.) process on the received time slice of the stream of time-sequential information (e.g., time-sequential frames of video content) for each of the plurality of streams of time-sequential information (e.g., time-sequential frames of video content), to produce transformed data (e.g., coded video content), with at least one single-instruction, multiple-data type parallel processor (e.g., SoC of the accused product such as ARM Cortex-A53) having a plurality of processing cores (e.g., Octa cores of the ARM cortex-A53) concurrently executing the same at least one transform process for each respective stream of time-sequential information (e.g., time-sequential frames of video content), under a common set of instructions (e.g., instruction to produce coded video file format such as H.264/AVC format).

</td></tr>
</table>

| produce transformed data, with at least one single-instruction, multiple-data type parallel processor having a plurality of processing cores concurrently executing the same at least one transform process for each respective stream of time-sequential information, under a common set of instructions; | The accused product receives captured video comprising time-sequential frames. It receives raw information of each sequential frame of the video. It converts the captured video content into H.264/AVC by performing prediction, transforming (e.g., DCT Transform) and encoding.

As shown below, an H.264 video codec comprises a prediction, transform and encoding block. It receives a time-sequential frames of a video, it performs prediction to identify residual blocks in a frame and then transforms the block. It encodes the transformed content to generate H.264 coded video bitstream. The video codec follows the instructions to generate coded video file.

An H.264 video encoder carries out prediction, transforming and encoding processes (Figure 4.1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence. As Figure 4.2 shows, a sequence of original video frames or fields is



**Figure 4.2**   Video coding: source frames, encoded bitstream, decoded frames

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf |



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to $16 \times 16$ displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

A block of residual samples is transformed using a $4 \times 4$ or $8 \times 8$ **integer transform**, an approximate form of the Discrete Cosine Transform (**DCT**). The transform outputs a set of **coefficients**, each of which is a weighting value for a standard basis pattern. When combined, the weighted basis patterns re-create the block of residual samples (Figure 4.11).

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

As shown below, the accused product comprises an SoC that comprises multiple ARM Cortex A-53 cores. Each core comprises NEON co-processor. It executes multimedia encoding/decoding operations (e.g., Executing H.264 coding instructions including DCT transform, etc.).

The Neon processor performs single-instruction, multiple data type e.g., SIMD, parallel processing. The NEON co-processors run concurrently at each core to implement SIMD for

faster data processing.

## CPU Designed for Tablets

M101M8-4E is offered with ARM A53 Octa-Core to provide high performance and low power consumption, providing extended battery life. It supports with Android 7.0 operating system to fulfill the increasing requirements in industrial applications and provides an alternative solution for those between general consumer and extremely rugged application.

https://www.winmate-rugged.com/en-US/Product/M101M8-LA

### System Specification

| | |
|---|---|
| Processor | ARM A53 (Octa-Core 1.3 GHz) |
| Memory | 2GB |
| Storage | 16GB |
| Operating System | Android 7.0 |

https://www.winmate-rugged.com/en-US/Product/M101M8-LA



https://www.arm.com/products/silicon-ip-cpu/cortex-a/cortex-a53



**Figure 2-1 Cortex-A53 processor block diagram**

*Source: ARM Cortex-A53 Reference Manual.pdf*

**Advanced SIMD data-processing instructions**

Advanced SIMD data-processing instructions process registers containing vectors of elements of the same type packed together, enabling the same operation to be performed on multiple items in parallel.

Instructions operate on vectors held in 64-bit or 128-bit registers. Figure F1-2 shows an operation on two 64-bit operand vectors, generating a 64-bit vector result.

———— Note ————

Figure F1-2 and other similar figures show 64-bit vectors that consist of four 16-bit elements, and 128-bit vectors that consist of four 32-bit elements. Other element sizes produce similar figures, but with one, two, eight, or sixteen operations performed in parallel instead of four.



**Figure F1-2 Advanced SIMD instruction operating on 64-bit registers**

*Source: ARMv8-A architecture Reference Manual*

# Improve the Multimedia User Experience

Arm Neon is an advanced single instruction multiple data (SIMD) architecture extension for the Arm Cortex-A and Arm Cortex-R series of processors with capabilities that vastly improve use cases on mobile devices, such as multimedia encoding/decoding, user interface, 2D/3D graphics and gaming.

Neon can also accelerate signal processing algorithms and functions to speed up applications such as audio and video processing, voice and facial recognition, computer vision, and deep learning.

https://www.arm.com/technologies/neon

Over the last few years, there has been a steady growth in both generation and consumption of high-resolution content. Better device cameras and higher-resolution screens for viewing content has driven this growth. Newer codecs like H.265/HEVC, VP9 or AV1 are more than 50% efficient at compressing such higher-resolution content compared to legacy codecs like H.264, as table 1 shows.

| Resolutions | Required Bandwidth H264 | Required Bandwidth H265 |
|---|---|---|
| 1280×720(HD) | 3Mbps | 1.5Mbps |
| 1920X1080(FHD) | 6Mbps | 3Mbps |
| 3840×2160 (UHD) | 25Mbps | 12Mbps |
| 4096×2160 (4K) | 32Mbps | 15Mbps |

Table 1: Required bandwidth for high-resolution videos for H264 and H265

This compression efficiency comes with a much greater need for compute cycles, which can be 10x higher compared to H.264 compression. Typical processors used in the cloud like the AWS Graviton2 or Intel Xeon family often use vector-processing capabilities like Neon or SSE/AVX instructions to accelerate video processing. Over the last year, there have been significant efforts to optimize the open-source libx265 implementation of the H.265 encoder. On Arm Neoverse-based platforms like the AWS Graviton2, which supports Neon instructions, both Videolan and AWS have contributed to this effort. The result is an impressive performance uplift from 1.4x to 3x in certain scenarios, which are described in detail in the next section.

https://developer.arm.com/community/arm-community-blogs/b/servers-and-cloud-computing-blog/posts/reduce-h-265-high-res-encoding-costs-by-over-80-with-aws-graviton2-1207706725

| | |
|---|---|
| (c) making at least one decision based on the transformed data of each time slice, with at least one single-instruction, multiple-data type parallel | The accused product practices making at least one decision (e.g., decision related to video coding such as prediction decision, filter decision, etc.) based on the transformed data (e.g., transformed data of time-sequential image frame, etc.) of each time slice (e.g., time-sequential image frame), with at least one single-instruction, multiple-data type parallel processor (e.g., SoC of the accused product such as ARM Cortex-A53) having a plurality of processing cores (e.g., Octa cores of the ARM cortex-A53) concurrently executing the same at least one transform (e.g., a transform function such as DCT transform, etc.) process for each respective stream of time-sequential information (e.g., time-sequential frames of |

| | |
|---|---|
| processor having a plurality of processing cores concurrently executing the same at least one transform process for each respective stream of time-sequential information, under a common set of instructions; and | video content), under a common set of instructions (e.g., instruction to produce coded video file format such as H.264/AVC format).<br><br>The accused product receives captured video comprising time-sequential frames. It receives raw information of each sequential frame of the video. It converts the captured video content into H.264/AVC by performing prediction, transforming (e.g., DCT Transform) and encoding.<br><br>As shown below, an H.264 video codec comprises a prediction, transform and encoding block. It receives a time-sequential frames of a video, it performs prediction to identify residual blocks in a frame and then transforms the block. It encodes the transformed content to generate H.264 coded video bitstream. The video codec follows the instructions to generate coded video file. |

An H.264 video encoder carries out prediction, transforming and encoding processes (Figure 4.1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence. As Figure 4.2 shows, a sequence of original video frames or fields is



**Figure 4.2**    Video coding: source frames, encoded bitstream, decoded frames

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to 16 × 16 displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

A block of residual samples is transformed using a 4 × 4 or 8 × 8 **integer transform**, an approximate form of the Discrete Cosine Transform (**DCT**). The transform outputs a set of **coefficients**, each of which is a weighting value for a standard basis pattern. When combined, the weighted basis patterns re-create the block of residual samples (Figure 4.11).

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The H.264/AVC coded video syntax comprises all these decisions so that the decoder decodes the coded video efficiently.

A filter is applied to every decoded macroblock to reduce blocking distortion [iv]. The de-blocking filter is applied after the inverse transform in the encoder before reconstructing and storing the macroblock for future predictions and in the decoder before reconstructing and displaying the macroblock. The filter smooths block edges, improving the appearance of decoded frames. The filtered image is used for motion-compensated of future frames and this generally improves compression performance because the filtered image is a more faithful reproduction of the original frame than a blocky, unfiltered image.[1]

Filtering is applied to vertical or horizontal edges of $4 \times 4$ blocks in a macroblock excluding edges on slice boundaries, in the following order:

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

### 6.5.2    Filter decision

A group of samples from the set (p2,p1,p0,q0,q1,q2) is filtered only if:

(a) $Bs > 0$ and
(b) $|p0-q0|$, $|p1-p0|$ and $|q1-q0|$ are each **less** than a threshold $\alpha$ or $\beta$, where $\alpha$ and $\beta$ are defined in the standard.

The thresholds $\alpha$ and $\beta$ increase with the average quantizer parameter QP of the two blocks p and q. The purpose of the filter decision is to 'switch off' the filter when there is a significant change or gradient across the block boundary in the original image. When QP is small, anything other than a very small gradient across the boundary is likely to be due to image features that should be preserved and not due to blocking effects and so the thresholds $\alpha$ and $\beta$ are low. When QP is larger, blocking distortion is likely to be more significant and $\alpha$, $\beta$ are higher so that more boundary pixels are filtered.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

## 8.7    Deblocking filter process

A conditional filtering process is specified in this clause that is an integral part of the decoding process which shall be applied by decoders conforming to the Baseline, Constrained Baseline, Main, Extended, High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, and High 4:4:4 Predictive profiles. For decoders conforming to the High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, and CAVLC 4:4:4 Intra profiles, the filtering process specified in this clause, or one similar to it, should be applied but is not required.

The conditional filtering process is applied to all NxN (where $N=4$ or $N=8$ for luma, $N=4$ for chroma when ChromaArrayType is equal to 1 or 2, and $N=4$ or $N=8$ for chroma when ChromaArrayType is equal to 3) block edges of a picture, except edges at the boundary of the picture and any edges for which the deblocking filter process is disabled by disable_deblocking_filter_idc, as specified below. This filtering process is performed on a macroblock basis after the completion of the picture construction process prior to deblocking filter process (as specified in clauses 8.5 and 8.6) for the entire decoded picture, with all macroblocks in a picture processed in order of increasing macroblock addresses.

*Source: H.264/AVC Standard*

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to 16 × 16 displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-

%20H264%20(2nd%20edition).pdf

Figure 6-14 illustrates the relative location of the neighbouring macroblocks, blocks, or partitions A, B, C, and D to the current macroblock, partition, or block, when the current macroblock, partition, or block is in frame coding mode.



*Source: H.264/AVC Standard*



**Figure 6.10**   Labelling of prediction samples, 4 × 4 prediction

**Figure 6.11**   4 × 4 intra prediction modes

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

**7.3.5.1   Macroblock prediction syntax**

| mb_pred( mb_type ) { | C | Descriptor |
|---|---|---|
| if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 \|\|<br>  MbPartPredMode( mb_type, 0 ) == Intra_8x8 \|\|<br>  MbPartPredMode( mb_type, 0 ) == Intra_16x16 ) { | | |
|   if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 ) | | |
|    for( luma4x4BlkIdx=0; luma4x4BlkIdx<16; luma4x4BlkIdx++ ) { | | |
|     **prev_intra4x4_pred_mode_flag**[ luma4x4BlkIdx ] | 2 | u(1) \| ae(v) |
|     if( !prev_intra4x4_pred_mode_flag[ luma4x4BlkIdx ] ) | | |
|      **rem_intra4x4_pred_mode**[ luma4x4BlkIdx ] | 2 | u(3) \| ae(v) |
|    } | | |
|   if( MbPartPredMode( mb_type, 0 ) == Intra_8x8 ) | | |
|    for( luma8x8BlkIdx=0; luma8x8BlkIdx<4; luma8x8BlkIdx++ ) { | | |
|     **prev_intra8x8_pred_mode_flag**[ luma8x8BlkIdx ] | 2 | u(1) \| ae(v) |
|     if( !prev_intra8x8_pred_mode_flag[ luma8x8BlkIdx ] ) | | |
|      **rem_intra8x8_pred_mode**[ luma8x8BlkIdx ] | 2 | u(3) \| ae(v) |
|    } | | |
|   if( ChromaArrayType == 1 \|\| ChromaArrayType == 2 ) | | |
|    **intra_chroma_pred_mode** | 2 | ue(v) \| ae(v) |
| } else if( MbPartPredMode( mb_type, 0 ) != Direct ) { | | |
|   for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++ ) | | |
|    if( ( num_ref_idx_l0_active_minus1 > 0 \|\|<br>  mb_field_decoding_flag != field_pic_flag ) &&<br>  MbPartPredMode( mb_type, mbPartIdx ) != Pred_L1 ) | | |
|     **ref_idx_l0**[ mbPartIdx ] | 2 | te(v) \| ae(v) |

*Source: H.264/AVC Standard*

As shown below, the accused product comprises an SoC that comprises multiple ARM Cortex A-53 cores. Each core comprises NEON co-processor. It executes multimedia encoding/decoding operations (e.g., Executing H.264 coding instructions including DCT transform, etc.).

The Neon processor performs single-instruction, multiple data type e.g., SIMD, parallel processing. The NEON co-processors run concurrently at each core to implement SIMD for faster data processing.

## CPU Designed for Tablets

M101M8-4E is offered with ARM A53 Octa-Core to provide high performance and low power consumption, providing extended battery life. It supports with Android 7.0 operating system to fulfill the increasing requirements in industrial applications and provides an alternative solution for those between general consumer and extremely rugged application.

https://www.winmate-rugged.com/en-US/Product/M101M8-LA

| System Specification | |
|---|---|
| Processor | ARM A53 (Octa-Core 1.3 GHz) |
| Memory | 2GB |
| Storage | 16GB |

https://www.winmate-rugged.com/en-US/Product/M101M8-LA



https://www.arm.com/products/silicon-ip-cpu/cortex-a/cortex-a53



**Figure 2-1 Cortex-A53 processor block diagram**

*Source: ARM Cortex-A53 Reference Manual.pdf*

**Advanced SIMD data-processing instructions**

Advanced SIMD data-processing instructions process registers containing vectors of elements of the same type packed together, enabling the same operation to be performed on multiple items in parallel.

Instructions operate on vectors held in 64-bit or 128-bit registers. Figure F1-2 shows an operation on two 64-bit operand vectors, generating a 64-bit vector result.

——— Note ———

Figure F1-2 and other similar figures show 64-bit vectors that consist of four 16-bit elements, and 128-bit vectors that consist of four 32-bit elements. Other element sizes produce similar figures, but with one, two, eight, or sixteen operations performed in parallel instead of four.



**Figure F1-2 Advanced SIMD instruction operating on 64-bit registers**

*Source: ARMv8-A architecture Reference Manual*

# Improve the Multimedia User Experience

Arm Neon is an advanced single instruction multiple data (SIMD) architecture extension for the Arm Cortex-A and Arm Cortex-R series of processors with capabilities that vastly improve use cases on mobile devices, such as multimedia encoding/decoding, user interface, 2D/3D graphics and gaming.

Neon can also accelerate signal processing algorithms and functions to speed up applications such as audio and video processing, voice and facial recognition, computer vision, and deep learning.

https://www.arm.com/technologies/neon

| | |
|---|---|
| | Over the last few years, there has been a steady growth in both generation and consumption of high-resolution content. Better device cameras and higher-resolution screens for viewing content has driven this growth. Newer codecs like H.265/HEVC, VP9 or AV1 are more than 50% efficient at compressing such higher-resolution content compared to legacy codecs like H.264, as table 1 shows.<br><br>| Resolutions | Required Bandwidth H264 | Required Bandwidth H265 |<br>|---|---|---|<br>| 1280×720(HD) | 3Mbps | 1.5Mbps |<br>| 1920X1080(FHD) | 6Mbps | 3Mbps |<br>| 3840×2160 (UHD) | 25Mbps | 12Mbps |<br>| 4096×2160 (4K) | 32Mbps | 15Mbps |<br><br>Table 1: Required bandwidth for high-resolution videos for H264 and H265<br><br>This compression efficiency comes with a much greater need for compute cycles, which can be 10x higher compared to H.264 compression. Typical processors used in the cloud like the AWS Graviton2 or Intel Xeon family often use vector-processing capabilities like Neon or SSE/AVX instructions to accelerate video processing. Over the last year, there have been significant efforts to optimize the open-source libx265 implementation of the H.265 encoder. On Arm Neoverse-based platforms like the AWS Graviton2, which supports Neon instructions, both Videolan and AWS have contributed to this effort. The result is an impressive performance uplift from 1.4x to 3x in certain scenarios, which are described in detail in the next section.<br><br>https://developer.arm.com/community/arm-community-blogs/b/servers-and-cloud-computing-blog/posts/reduce-h-265-high-res-encoding-costs-by-over-80-with-aws-graviton2-1207706725 |
| (d) communicating information representing the decision through a digital communication interface. | The accused product practices communicating information (e.g., coded video signals) representing the decision (e.g., video codec syntax comprises decision information, etc.) through a digital communication interface (e.g., USB, Wi-Fi, Bluetooth, etc.). |

## CPU Designed for Tablets

M101M8-4E is offered with ARM A53 Octa-Core to provide high performance and low power consumption, providing extended battery life. It supports with Android 7.0 operating system to fulfill the increasing requirements in industrial applications and provides an alternative solution for those between general consumer and extremely rugged application.

https://www.winmate-rugged.com/en-US/Product/M101M8-LA

## Real-time Data Connectivity

Real-time data access to the right information is very important to mobile users. M101M8-4E offers optional 4G/LTE, GPS, WiFi 802.11 a/b/g/n/ac, BT 4.1 which enable users to get connect in the way that best suits their needs. With built-in 8.0 Mega Pixel camera on the rear side, users can capture photos, videos, documents instantly, or utilize the front 2.0 Mega Pixel camera for application such as user self video recording, or video communication.

https://www.winmate-rugged.com/en-US/Product/M101M8-LA



https://www.winmate-rugged.com/en-US/Product/M101M8-LA



Android device implementations with H.264 codec support:

- MUST support Baseline Profile Level 3.
  However, support for ASO (Arbitrary Slice Ordering), FMO (Flexible Macroblock Ordering) and RS (Redundant Slices) is OPTIONAL. Moreover, to maintain compatibility with other Android devices, it is RECOMMENDED that ASO, FMO and RS are not used for Baseline Profile by encoders.

- MUST support the SD (Standard Definition) video encoding profiles in the following table.

- SHOULD support Main Profile Level 4.

- SHOULD support the HD (High Definition) video encoding profiles as indicated in the following table.

- In addition, Android Television devices are STRONGLY RECOMMENDED to encode HD 1080p video at 30 fps.

https://source.android.com/docs/compatibility/7.0/android-7.0-cdd#5_2_2_h-264



https://developer.android.com/media/platform/supported-formats

### System Specification

| | |
|---|---|
| **Processor** | ARM A53 (Octa-Core 1.3 GHz) |
| **Memory** | 2GB |
| **Storage** | 16GB |
| **Operating System** | Android 7.0 |
| **WLAN** | Support |
| **BT** | Support |
| **WWAN** | Built-in UMTS 850/900 FDD-LTE b2/b4/b5/b13/b17 |
| **GNSS** | GPS/AGPS |
| **RFID** | Default NFC (Read / Write, Peer to Peer mode) |

https://www.winmate-rugged.com/en-US/Product/M101M8-LA

| Camera | |
|---|---|
| **Front Camera** | 2MP Camera |
| **Rear Camera** | 8MP Camera with LED Auxiliary Light (Auto Focus) |

| Mechanical | |
|---|---|
| **Dimension** | 271.8 x 197.2 x 19 mm |
| **Weight** | 1.0 kg |

| IO Ports | |
|---|---|
| **USB Port** | 1 x Micro USB2.0 OTG |
| **Audio** | 1 x Audio Combo connector (Mic in or Line Out)<br>1 x Built-in Mic<br>2 x Speaker |
| **SD Card Slot** | 1 x Micro SD Card Slot |

https://www.winmate-rugged.com/en-US/Product/M101M8-LA

The accused product receives captured video comprising time-sequential frames. It receives raw information of each sequential frame of the video. It converts the captured video content into H.264/AVC by performing prediction, transforming (e.g., DCT Transform) and encoding.

As shown below, an H.264 video codec comprises a prediction, transform and encoding block. It receives a time-sequential frames of a video, it performs prediction to identify residual blocks in a frame and then transforms the block. It encodes the transformed content to generate H.264 coded video bitstream. The video codec follows the instructions to generate coded video file.

An H.264 video encoder carries out prediction, transforming and encoding processes (Figure 4.1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence. As Figure 4.2 shows, a sequence of original video frames or fields is



**Figure 4.2**    Video coding: source frames, encoded bitstream, decoded frames

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to 16 × 16 displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

A block of residual samples is transformed using a 4 × 4 or 8 × 8 **integer transform**, an approximate form of the Discrete Cosine Transform (**DCT**). The transform outputs a set of **coefficients**, each of which is a weighting value for a standard basis pattern. When combined, the weighted basis patterns re-create the block of residual samples (Figure 4.11).

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The H.264/AVC coded video syntax comprises all these decisions so that the decoder decodes the coded video efficiently.

A filter is applied to every decoded macroblock to reduce blocking distortion [iv]. The de-blocking filter is applied after the inverse transform in the encoder before reconstructing and storing the macroblock for future predictions and in the decoder before reconstructing and displaying the macroblock. The filter smooths block edges, improving the appearance of decoded frames. The filtered image is used for motion-compensated of future frames and this generally improves compression performance because the filtered image is a more faithful reproduction of the original frame than a blocky, unfiltered image.[1]

Filtering is applied to vertical or horizontal edges of $4 \times 4$ blocks in a macroblock excluding edges on slice boundaries, in the following order:

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

### 6.5.2   Filter decision

A group of samples from the set (p2,p1,p0,q0,q1,q2) is filtered only if:

(a)  $Bs > 0$ and
(b)  |p0-q0|, |p1-p0| and |q1-q0| are each **less** than a threshold $\alpha$ or $\beta$, where $\alpha$ and $\beta$ are defined in the standard.

The thresholds $\alpha$ and $\beta$ increase with the average quantizer parameter QP of the two blocks p and q. The purpose of the filter decision is to 'switch off' the filter when there is a significant change or gradient across the block boundary in the original image. When QP is small, anything other than a very small gradient across the boundary is likely to be due to image features that should be preserved and not due to blocking effects and so the thresholds $\alpha$ and $\beta$ are low. When QP is larger, blocking distortion is likely to be more significant and $\alpha$, $\beta$ are higher so that more boundary pixels are filtered.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

## 8.7   Deblocking filter process

A conditional filtering process is specified in this clause that is an integral part of the decoding process which shall be applied by decoders conforming to the Baseline, Constrained Baseline, Main, Extended, High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, and High 4:4:4 Predictive profiles. For decoders conforming to the High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, and CAVLC 4:4:4 Intra profiles, the filtering process specified in this clause, or one similar to it, should be applied but is not required.

The conditional filtering process is applied to all NxN (where $N = 4$ or $N = 8$ for luma, $N = 4$ for chroma when ChromaArrayType is equal to 1 or 2, and $N = 4$ or $N = 8$ for chroma when ChromaArrayType is equal to 3) block edges of a picture, except edges at the boundary of the picture and any edges for which the deblocking filter process is disabled by disable_deblocking_filter_idc, as specified below. This filtering process is performed on a macroblock basis after the completion of the picture construction process prior to deblocking filter process (as specified in clauses 8.5 and 8.6) for the entire decoded picture, with all macroblocks in a picture processed in order of increasing macroblock addresses.

*Source: H.264/AVC Standard*

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to $16 \times 16$ displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-

%20H264%20(2nd%20edition).pdf

Figure 6-14 illustrates the relative location of the neighbouring macroblocks, blocks, or partitions A, B, C, and D to the current macroblock, partition, or block, when the current macroblock, partition, or block is in frame coding mode.



*Source: H.264/AVC Standard*



**Figure 6.10**  Labelling of prediction samples, 4 × 4 prediction

**Figure 6.11**  4 × 4 intra prediction modes

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

**7.3.5.1    Macroblock prediction syntax**

| mb_pred( mb_type ) { | C | Descriptor |
|---|---|---|
| if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 \|\|<br>    MbPartPredMode( mb_type, 0 ) == Intra_8x8 \|\|<br>    MbPartPredMode( mb_type, 0 ) == Intra_16x16 ) { | | |
|    if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 ) | | |
|      for( luma4x4BlkIdx=0; luma4x4BlkIdx<16; luma4x4BlkIdx++ ) { | | |
|        **prev_intra4x4_pred_mode_flag[** luma4x4BlkIdx **]** | 2 | u(1) \| ae(v) |
|        if( !prev_intra4x4_pred_mode_flag[ luma4x4BlkIdx ] ) | | |
|         **rem_intra4x4_pred_mode[** luma4x4BlkIdx **]** | 2 | u(3) \| ae(v) |
|      } | | |
|    if( MbPartPredMode( mb_type, 0 ) == Intra_8x8 ) | | |
|      for( luma8x8BlkIdx=0; luma8x8BlkIdx<4; luma8x8BlkIdx++ ) { | | |
|        **prev_intra8x8_pred_mode_flag[** luma8x8BlkIdx **]** | 2 | u(1) \| ae(v) |
|        if( !prev_intra8x8_pred_mode_flag[ luma8x8BlkIdx ] ) | | |
|         **rem_intra8x8_pred_mode[** luma8x8BlkIdx **]** | 2 | u(3) \| ae(v) |
|      } | | |
|    if( ChromaArrayType == 1 \|\| ChromaArrayType == 2 ) | | |
|     **intra_chroma_pred_mode** | 2 | ue(v) \| ae(v) |
| } else if( MbPartPredMode( mb_type, 0 ) != Direct ) { | | |
|    for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++ ) | | |
|     if( ( num_ref_idx_l0_active_minus1 > 0 \|\|<br>       mb_field_decoding_flag != field_pic_flag ) &&<br>       MbPartPredMode( mb_type, mbPartIdx ) != Pred_L1 ) | | |
|      **ref_idx_l0[** mbPartIdx **]** | 2 | te(v) \| ae(v) |

*Source: H.264/AVC Standard*